UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JOSUE ROMERO,                                                      :
                                                                   :
                              Plaintiff,                           :    20-CV-7422 (JMF)
                                                                   :
              -v-                                                  :    ORDER
                                                                   :
ADAGIO TEAS, INC.,                                                 :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 19, Defendant's earlier motion to dismiss filed at ECF No. 13 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **February 19, 2021**.  Defendant's reply, if any, is due by **February 26, 2021**.  At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

      The Clerk of Court is directed to terminate ECF No. 13.

      SO ORDERED.

Dated: February 8, 2021                                   _____
      New York, New York                                 JESSE M. FURMAN
                                                                           United States District Judge