

Joseph Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

August 31, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

    Re:    *Romero v. Adagio Teas, Inc.*; Case No. 1:20-cv-07422 (JMF)

Dear Judge Furman:

    We represent plaintiff Josue Romero ("Plaintiff") in the above-referenced action. We respectfully write to inform the Court that the parties have reached an agreement-in-principle to settle the above matter. In lieu of a monetary settlement to Plaintiff, defendant has agreed to contribute a sizable donation to a non-profit organization that services the blind community. Plaintiff respectfully requests 30 days to consummate the settlement process.

    Respectfully submitted,

    */s/ Joseph H. Mizrahi*
    Joseph H. Mizrahi
    Cohen & Mizrahi LLP
    Attorneys for Plaintiff

cc: All Counsel of Record via ECF.